to file and serve its printed record on appeal is extended to April 16, 1923, the appellant to be ready for argument when case is reached in its regular order at the May, 1923, term of this court.

JAMES KAVANAUGH, JR., by JAMES KAVANAUGH, SR., His Guardian ad Litem, Appellant, v. VAN DYKE TRANSFER Co., INC., Respondent.— Motion granted and appeal dismissed, without costs.

JAMES KAVANAUGH, SR., Appellant, v. VAN DYKE TRANSFER Co., INC., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

JOSEPH M. KERTZ, Appellant, v. J. N. ADAM & COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of JAMES STORER, Respondent, v. FRANK X. SCHWAB and Others, Appellants.— Appeal dismissed, with ten dollars costs, upon stipulation filed.

In the Matter of the Application of ALICE E. MOORE, Respondent, v. FRANK X. SCHWAB and Others, Appellants.— Appeal dismissed, with ten dollars costs, upon stipulation filed.

In the Matter of the Application of A. G. BUSHNELL, Respondent, v. FRANK X. SCHWAB and Others, Appellants.— Appeal dismissed, with ten dollars costs, upon stipulation filed.

In the Matter of the Application of JOHN T. CROWLEY, Respondent, v. FRANK X. SCHWAB and Others, Appellants.— Appeal dismissed, with ten dollars costs, upon stipulation filed.

In the Matter of the Application of HARRIETT L. BUTLER, Respondent, v. FRANK X. SCHWAB and Others, Appellants.— Appeal dismissed, with ten dollars costs, upon stipulation filed.

In the Matter of the Application of ANNETTE HANSEN, Respondent, v. FRANK X. SCHWAB and Others, Appellants.— Appeal dismissed, with ten dollars costs, upon stipulation filed.

ALBERT H. FORD, Respondent. v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, on stipulation filed.

---

FIRST DEPARTMENT, APRIL, 1923.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW IQUINTO, Alias FRANK Ross, Appellant.

*Crimes — defendant convicted of grand larceny in first degree and burglary in third degree — evidence sufficient — corroboration of accomplices — remarks of court during trial and charge to jury not prejudicial — judgment of conviction affirmed.*

Appeal from a judgment of the Court of General Sessions of the Peace, county of New York, rendered July 23, 1920, convicting the defendant of the crime of grand larceny in the first degree and burglary in the third degree, and from the judgment rendered July 30, 1920, which sentenced him to imprisonment for the term of ten years on the conviction of grand larceny, and for the term of five years on the conviction for burglary in the third degree.

McAvoy, J.: The defendant was indicted for grand larceny in the first degree, and burglary in the third degree, and for receiving property, knowing the same to